# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4501

_____

MALACHI SMITH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for All Writs Review—Original Jurisdiction.

October 30, 2019

PER CURIAM.

The "petition for all writs review" is treated as a petition for writ of habeas corpus and is dismissed. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

MAKAR, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Malachi Smith, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.